```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.         ) | CR. NO. 07-10289-MLW |
| ) | |
| DARWIN JONES,       ) | |
| Defendant.    ) | |

<u>ORDER</u>

WOLF, D.J.                                              February 19, 2010

As stated in the February 19, 2010 Memorandum and Order, the attached DVD of the December 16, 2009 program on discovery in criminal cases is hereby made part of the record in this case.

                                    /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE