UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 07-10289-MLW |
| ) | |
| ) | |
| DARWIN JONES              ) | |

### STATUS REPORT IN RESPONSE TO ORDER OF APRIL 4, 2013

The parties and United States Probation have conferred as required by the Court's Order of April 4, 2013 and hereby report to the Court as follows:

**1. The Motion to Vacate**

The government has reviewed the facts of this case and based on the involvement of Annie Dookhan, the absence of any untested drugs, and other surrounding circumstances, does not oppose that Motion to Vacate and the entry of an order vacating the June 6, 2009 Judgment of Conviction.

**2. Pending Supervised Release Revocation Matters**

The government has consulted with Probation regarding the impact of the allowance of the Motion to Vacate on any pending supervised release revocation matters.  Both the government and Probation believe that, upon allowance of the Motion to Vacate, all supervised release matters should be dismissed as well.  The

defendant does not object to the dismissal of these matters.

In view of the foregoing, the parties believe that it is unnecessary for the Court to conduct the hearing scheduled for April 15 and jointly request (with Probation's assent) that the hearing be cancelled.

```
                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              UNITED STATES ATTORNEY


                      By:     /s/John A. Wortmann, Jr.
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3207


                              /S/ John Palmer
                              JOHN F. PALMER
                              Law Office of John F. Palmer, P.C.
                              24 School Street
                              8th Floor
                              Boston, MA 02108
                              617-723-7010
                              COUNSEL FOR DARWIN JONES
```

## RULE 7.1 CERTIFICATION

The government certifies that is has conferred with counsel for the Defendant and United States Probation Officer Brian McDonald and have reached the agreements set forth above.

```
                               /s/ John A. Wortmann, Jr.   4-8-13
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney
```

## **CERTIFICATE OF SERVICE**

     The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                              /S John A. Wortmann, Jr.  4-8-13
                                              JOHN A. WORTMANN, JR.
                                              Assistant U.S. Attorney